```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #:
           UNITED STATES DISTRICT COURT       DATE FILED: 12/23/11
           SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DONNA ANN GABRIELE CHECHELE,<br><br>Plaintiff,<br><br>– v. –<br><br>THOMAS C. SHIELDS,<br><br>Defendant,<br><br>– and –<br><br>ANADIGICS, INC.,<br><br>Nominal Defendant. | ECF CASE<br><br>No. 11-cv-4993 (LLS) |

## STIPULATED ORDER OF DISMISSAL

This action has come before the Court upon the pleadings and proceedings of record, and it has been represented to the Court that the parties have entered into a Settlement Agreement (the "Agreement") and have agreed to a compromise and settlement of this action and all claims, defenses, and counterclaims that were or could have been brought therein.

WHEREFORE, with the consent of the parties through their undersigned attorneys, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. All claims, defenses, cross-claims, and counterclaims that were or could have been made by any party hereto against any other party hereto (including without limitation the claims actually made by Plaintiff against the Defendants) are hereby dismissed with prejudice.

2. This Court retains jurisdiction over the parties for the purpose of enforcing the Agreement.

SO ORDERED:

Date: **Dec. 22, 2011**

_____
Louis L. Stanton
United States District Judge

STIPULATED AND AGREED TO:

HUNTER & KMIEC

By: _____
Keenan D. Kmiec, Esq.

111 West 7th St., No. 702
Los Angeles, California 90014
Phone: (917) 859-7970
Fax:    (646) 462-3356
E-Mail: kmiec@hunterkmiec.com

*Attorneys for Plaintiff*

FARRELL & THURMAN, PC

By: _____
John L. Thurman, Esq.

172 Tamarack Circle
Skillman, New Jersey 08558
Phone: (609) 924-1115
Fax:    (609) 924-5266
E-Mail: thurman@ftlaw.net

*Attorneys for Defendant Thomas C. Shields*

CAHILL GORDON & REINDEL LLP

By: _____
Robert A. Alessi, Esq.
Amy D. Lamberti, Esq.

Eighty Pine Street
New York, New York 10005
Phone: (212) 701-3307
Fax:    (212) 378-2138
E-Mail: ralessi@cahill.com

*Attorneys for Nominal Defendant ANADIGICS, Inc.*